

FILED
May 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002645861

**RAYMOND P. BURTON, JR.**
ATTORNEY AT LAW, SBN: 060716
164 MAPLE STREET, SUITE 5
AUBURN, CALIFORNIA 95603-5049
TELEPHONE (530) 885-4551
FACSIMILE (916) 773-2844

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 10-29484-A-7 |
| **Jamee Lee Gardner and Faith Lorraine Gardner,** | Hearing Date: June 7, 2010<br>Hearing Time: 9:00 a.m.<br>Department: A |
| Debtors. | MC No.: RPB-001 |

### MOTION FOR AN ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTOR'S BUSINESS AND PHYSICAL ASSETS

Debtors Jamee Lee Gardner and Faith Lorraine Gardner, by and through Raymond P. Burton, Jr., their Attorney of Record, respectfully move the Court for an Order Compelling the Abandonment of the Estate's Interest in Debtor's Business and the Physical Assets of the business commonly known as "Dance Elite All-Stars," located at 2610 Sunset Blvd. Suite 1, Rocklin, California 95677. In support of said Motion, Debtors respectfully represent:

1. This case was commenced by the filing of a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code on April 13, 2010. Thomas A. Aceituno, Esq., was duly appointed Chapter 7 Trustee in this case.

2. As shown in the Schedules of Assets and Liabilities and the Statement of Financial Affairs filed in this case, Debtor Faith Lorraine Gardner owns and operates a sole proprietorship business known as Dance Elite All-Stars. The physical assets of the business were duly set forth on Schedule B and claimed as exempt on Schedule C.

3. However, through an oversight, the intangible assets of said business were not included on Schedules B and C. Debtors have duly executed an Amendment Cover Sheet with Amended Schedules B and C attached to correct this oversight. This Amended document is being served and filed herewith.

4. The Debtors have valued these intangible assets at a maximum of $16,500.00, and have duly claimed these intangible assets as exempt.

5. Debtors respectfully assert that there are no assets of this business, either physical or intangible, that can be profitably liquidated by the Trustee over and above the exemptions claims by the Debtors in these assets.

6. Debtors also respectfully assert that, based on the lack on any nonexempt equity in any business asset, there is no benefit to the estate to either operate this business or to shut it down.

**WHEREFORE**, Debtors pray that the Court Order the Abandonment of the Estate's Interest in Debtor's Business and the physical assets of the business commonly known as "Dance Elite All-Stars," located at 2610 Sunset Blvd. Suite 1, Rocklin, California 95677. California 95658, and for such other and further relief as the Court deems just and proper.

Dated: May 19, 2010.

    /s/ Raymond P. Burton, Jr.
Raymond P. Burton, Jr.
Attorney for Debtors